IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RED WINE & BLUE, and OHIO ALLIANCE FOR RETIRED AMERICANS, <br><br> **Plaintiffs,** <br><br> v. <br><br> **FRANK LAROSE, in his official capacity as Ohio Secretary of State; and CHARLES L. NORMAN, in his official capacity as Ohio's Registrar of Motor Vehicles,** <br><br> **Defendants.** | : <br> : <br> : <br> : **Case No. 1:25-cv-01760** <br> : <br> : **Judge Solomon Oliver, Jr.** <br> : <br> : **Mag. Judge James E. Grimes, Jr.** <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Frank LaRose and Charles L. Norman hereby give notice of the passage of S.B. 293. Governor DeWine signed S.B. 293 into law on December 19, 2025, and it will take effect on March 20, 2026. *See* Ohio Const. art. II, § 1c. A copy of S.B. 293 is attached hereto as Exhibit A.

S.B. 293 amends various portions of Title 35. Relevant here, S.B. 293 adds a definition of "proof of citizenship" to Ohio Rev. Code § 3501.01, Title 35's definitions section. The new language provides as follows:

(EE)(1) "Proof of citizenship" means evidence that an individual is a United States citizen, in the form of one of the following:

(a) The number of the individual's current Ohio driver's license or state identification card, if the secretary of state verifies using information obtained from the bureau of motor vehicles that the individual has submitted documentation to the bureau that indicates that the individual is a United States citizen;

(b) The individual's current Ohio driver's license, state identification card, or interim identification form issued on or after April 7, 2023, or a copy of the front and

1

back of that license, card, or form, if the license, card, or form does not include a notation designating that the individual is a noncitizen of the United States;

    (c) The individual's birth certificate, certification of report of birth, or consular report of birth abroad, or a copy of one of those documents;

    (d) The individual's current United States passport or passport card, a copy of the identification page of the passport, or a copy of the front and back of the passport card;

    (e) The individual's certificate of naturalization or certificate of citizenship or a copy of one of those documents;

    (f) The individual's I-797 notice of action for form N-565, application for replacement naturalization/citizenship document issued by United States citizenship and immigration services, if the notice indicates that the application has been approved; a copy of that notice; or an original or copy of the successor form of that notice issued by the federal agency that is responsible for fulfilling requests for replacement naturalization or citizenship documents.

(2) If an individual's current legal name is different from the name on the individual's proof of citizenship, the individual also shall provide proof of the change of name, such as a copy of a marriage license or court order.

Exhibit A at 5-6.

Undersigned counsel provided a copy of S.B. 293 to Plaintiffs' counsel on December 22. Counsel further inquired whether Plaintiffs will voluntarily dismiss their vagueness claim and 52 U.S.C. § 20507(b)(1) claim once S.B. 293 becomes effective. As of the date of this filing, Plaintiffs' counsel has not stated their position.

    Respectfully submitted,

    DAVE YOST
    Ohio Attorney General

    */s/ Ann Yackshaw*
    ANN YACKSHAW (0090623)*
    *Counsel of Record*
    JULIE M. PFEIFFER (0069792)
    STEPHEN P. TABATOWSKI (0099175)

GREGORY A. RUSTICO (0104103)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Ann.Yackshaw@OhioAGO.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 6, 2026, the foregoing was filed with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance.  Parties may access this filing through the Court's system.

                                           */s/ Ann Yackshaw*
                                           ANN YACKSHAW (0090623)
                                           Assistant Attorney General