# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| RED WINE & BLUE, and OHIO ALLIANCE FOR RETIRED AMERICANS,<br><br>        Plaintiffs,<br><br>        v.<br><br>FRANK LAROSE, in his official capacity as Ohio Secretary of State, CHARLES L. NORMAN, in his official capacity as Ohio's Registrar of Motor Vehicles,<br><br>        Defendants. | Case No.: 1:25-cv-01760<br><br>Judge Solomon Oliver, Jr.<br><br>Mag. Judge James E. Grimes, Jr. |

**DECLARATION OF LAURA MULLEN**

I, Laura Mullen, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Program Director of Red Wine & Blue's statewide operations in Ohio.

3. Red Wine & Blue is a membership organization whose mission is to empower women to engage in political discourse and to work together to counter extremism by building connections and organizing their communities. Red Wine & Blue was founded in Ohio in 2019 and continues to focus on engaging women voters in Ohio, educating its membership on political issues that face Ohio voters, and building local community groups across Ohio.

4. Red Wine & Blue has over 600,000 members, including approximately 62,000 members who reside throughout Ohio. These members regularly engage with and communicate with Red Wine & Blue through organizing and voter education emails and social media posts and virtual and in-person organizing events. Many of these members are also involved with one of Red Wine & Blue's 61 distributed organizing local affiliate groups in Ohio. These grassroots groups

1

focus on local organizing and providing organizing resources and frameworks to educate Red Wine & Blue's members.

5. The core mission of Red Wine & Blue involves encouraging its members to vote, to be politically engaged, and to organize their communities to be politically engaged. To achieve that mission, Red Wine & Blue educates its members on key issues and races in Ohio, provides information on the voting process, gets ahead of misinformation, and registers and turns out its members and their communities to vote. Red Wine & Blue regularly reminds members to check their voter registration and to update their registration if they have moved.

6. Voter registration at the Bureau of Motor Vehicles ("BMV") is a popular and easily accessible way for Ohioans—including members of Red Wine & Blue—to register to vote or to update their registration. Red Wine & Blue members frequently find themselves at the BMV. Red Wine & Blue members periodically go to the BMV to renew their driver's licenses when they expire or to update their driver's licenses when they move or undergo another life event. This is a common occurrence for Red Wine & Blue's members, whose existing members move within Ohio for any number of reasons, including older members who may downsize or move to retirement homes, and new members who join the Ohio chapter after moving to Ohio from out of state. In addition, Red Wine & Blue members must go to the BMV to update their driver's license to reflect a name change: the large majority of Red Wine & Blue's members are women, many of whom have changed or will change their name as a result of marriage or divorce.

7. Red Wine & Blue members also need to register to vote in Ohio, either in the first instance or to update a prior registration, for many of the same reasons that might also require a trip to the BMV. Members are likely to go to the BMV after they change their name or move to a new address, both of which would require members to update their voter registration. Likewise,

2

whenever a Red Wine & Blue member newly moves to Ohio, they need to both obtain an Ohio driver's license and to register to vote in Ohio. Many members of Red Wine & Blue have registered to vote or updated their voter registration information at the BMV, and many will do so in the future.

8. I and other members of Red Wine & Blue are deeply concerned regarding the new proof-of-citizenship requirements imposed by House Bill 54 ("HB 54").

9. For many of Red Wine & Blue's members, the burden of complying with HB 54's new proof-of-citizenship requirements will be significant. Women (who comprise the vast majority of our members) are more likely to lack proof-of-citizenship documents reflecting their current name because many women change their name as a result of marriage or divorce. Furthermore, many of Red Wine & Blue's members are older, and it often may be more difficult for older citizens to produce citizenship documents. For example, some of Red Wine & Blue's older members no longer travel and are less likely to possess a passport. Many do not have access to documents like birth certificates or marriage and divorce certificates (or certified copies of those documents), either because they never received them or because they have been lost, misplaced, or damaged over the years. Some of Red Wine & Blue's members have been voting in Ohio for decades and may never have provided proof-of-citizenship documents at the BMV.

10. Members of Red Wine & Blue have been turned away at the BMV because they were told that they did not have appropriate documents. Some members have had to travel to the BMV multiple times after being told they lacked required documents to obtain or update their driver's license. Frequently these problems stem from the fact that these members did not have documents that the BMV considered sufficient to prove their legal name and/or link that name to their other documents, such as a passport or birth certificate that reflects a prior name. These

3

members have expressed frustration about the need to travel to the BMV multiple times, as well as the need to obtain the relevant documents from different agencies, which costs money and often proves difficult and time-consuming.

11.     Particularly as the deadline for the upcoming election approaches, I am concerned that HB 54's proof-of-citizenship requirement will result in Red Wine & Blue members being denied the opportunity to register to vote (or to update their registration) when they go to the BMV to obtain or update their driver's license.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __04/27/26__

Laura Mullen

4