# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| RED WINE & BLUE, and OHIO ALLIANCE FOR RETIRED AMERICANS, | |
| Plaintiffs, | Case No.: 1:25-cv-01760 |
| v. | Judge Solomon Oliver, Jr. |
| FRANK LAROSE, in his official capacity as Ohio Secretary of State, CHARLES L. NORMAN, in his official capacity as Ohio's Registrar of Motor Vehicles, | Mag. Judge James E. Grimes, Jr. |
| Defendants. | |

**DECLARATION OF NORMAN WERNET**

I, Norman Wernet, declare as follows:

1.       I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.       I am the President of the Ohio Alliance for Retired Americans (the "Alliance"). The Alliance is a chartered state affiliate of the Alliance for Retired Americans and is incorporated in Ohio as a 501(c)(4) nonprofit social welfare organization.

3.       The Alliance has approximately 253,000 members, consisting of retirees from public and private sector unions, who reside throughout Ohio.

4.       The Alliance's mission is to protect the civil rights of retirees and to ensure that they obtain social and economic justice. Central to that mission is ensuring that its members are able to register and turn out to vote.

5.       Members of the Alliance periodically use the services of Ohio's Bureau of Motor Vehicles ("BMV"). All Alliance members who drive need to obtain and renew their driver's licenses. Many Alliance members, who tend to be older Americans, must apply to renew their

1

driver's licenses more frequently than others because they are ineligible for licenses with longer expiration terms. Alliance members who no longer drive and give up their driver's license may visit the BMV to obtain a state identification card to use as voter identification. They also need to update their driver's licenses or state identification card when they move to a new address, which affects members who move within Ohio (*e.g.*, after they downsize their homes or move to retirement homes), as well as new members who join the chapter upon moving to Ohio from out of state.

6.      Members also need to update their driver's licenses or state identification cards if they change their name, which is particularly common for women who marry or divorce. Alliance members often need to register to vote or to update their voter registration at the same time that they have business with the BMV, including, for example, when they go to the BMV to update their driver's licenses or state identification cards because of a recent move or name change.

7.      I and other members of the Alliance are deeply concerned regarding the new proof-of-citizenship requirements imposed by House Bill 54 ("HB 54").

8.      HB 54's proof-of-citizenship requirement makes it more difficult for the Alliance's members to register to vote. Those burdens fall disproportionately on the Alliance's members, which broadly include older voters. Older voters are more likely to lack proof-of-citizenship documents such as passports or birth certificates; or, if they have a birth certificate, it may be worn or illegible, or otherwise unacceptable to the BMV to prove citizenship. And over the course of a lifetime of moves, documents are likely to be misplaced and become harder to find, further increasing the risk that older voters will no longer be able to produce documents relating to citizenship. Women in the Alliance who have changed their name also need to

2

3

produce documents linking their current legal name to their citizenship documents, further compounding the burdens of the law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 28, 2024

Norman Wernet

3