**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| RED WINE & BLUE, and OHIO ALLIANCE FOR RETIRED AMERICANS, | : <br> : <br> : |
| | :    **Case No. 1:25-cv-01760** |
| **Plaintiffs,** | : |
| | :    **Judge Solomon Oliver, Jr.** |
| **v.** | : |
| | :    **Mag. Judge James E. Grimes, Jr.** |
| **FRANK LAROSE, in his official capacity as Ohio Secretary of State; and CHARLES L. NORMAN, in his official capacity as Ohio's Registrar of Motor Vehicles,** | : <br> : <br> : <br> : <br> : |
| | : |
| **Defendants.** | : |

---

**REQUEST FOR STATUS CONFERENCE**

---

Defendants Frank LaRose and Charles L. Norman hereby request a telephone status conference. More than eight months after filing their complaint, Plaintiffs now seek "emergency" relief from this Court by way of motion for preliminary injunction. Under this Court's local rules, Defendants' response is due May 12, which is fourteen days from the filing of this delayed motion for preliminary injunction. Loc. Rule 7.1(d).

Counsel for both parties exchanged emails attempting to establish a schedule for Defendants' response, including a short discovery period. Counsel were unable to agree and seek the Court's assistance in establishing a schedule for the preliminary injunction proceedings.

Undersigned counsel sought consent from counsel for Plaintiffs to this request for status conference, and Plaintiffs' counsel do not oppose.

1

For these reasons, Defendants request a telephone status conference. Defendants further request that their deadline to respond to the motion for preliminary injunction be extended until such time as the Court conducts a status conference.

Respectfully submitted,

DAVE YOST
Ohio Attorney General


/s/ Ann Yackshaw
ANN YACKSHAW (0090623)*
*Counsel of Record
JULIE M. PFEIFFER (0069792)
STEPHEN P. TABATOWSKI (0099175)
GREGORY A. RUSTICO (0104103)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Ann.Yackshaw@OhioAGO.gov

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, the foregoing was filed with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance.  Parties may access this filing through the Court's system.

*/s/ Ann Yackshaw*
ANN YACKSHAW (0090623)
Assistant Attorney General
