UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RED WINE & BLUE, *et al.*, | ) | Case No.: 1:25 CV 1760 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| LAROSE, *et al.*, | ) | |
| | ) | |
| | ) | ORDER |
| Defendants | ) | |

Pending before the court is Defendants' request for a Status Conference, (ECF No. 30).  The request is granted.  Defendants' time to file a response to Plaintiffs' Motion for Preliminary Injunction shall be held in abeyance.  However, Defendants shall file a document with the court indicating the nature and extent of discovery it contemplates is necessary to respond to the Motion. Thereafter, Plaintiffs shall file their response.

The court will hold a telephone status conference with counsel for the parties on June 2, 2026 at 3:30 p.m.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

May 8, 2026