# Exhibit 1

## Joshua Abbuhl

| | |
|---|---|
| **From:** | Corey Colombo <ccolombo@electionlawgroup.com> |
| **Sent:** | Monday, May 4, 2026 3:23 PM |
| **To:** | Ann Yackshaw |
| **Cc:** | Greg Rustico; shauff@electionlawgroup.com; Stephen Tabatowski; Ben Stafford; Joshua Abbuhl; Alison (Qizhou) Ge |
| **Subject:** | Re: Red Wine and Blue v. LaRose |

Ann- We do not oppose requesting a status conference with Judge Oliver. Thank you.  Corey

_____

J. COREY COLOMBO
ATTORNEY-AT-LAW
MCTIGUE & COLOMBO LLC
545 EAST TOWN STREET
COLUMBUS, OHIO 43215
TEL: (614) 263-7000, Ext. 112
CCOLOMBO@ELECTIONLAWGROUP.COM

Unless otherwise evident from the nature of the communication, the information contained in this email message is attorney-client privileged and/or confidential information intended for the use of the individual or entity to whom/which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. See 18 U.S.C. §§ 2510-2521, the Electronic Communications Privacy Act. If you have received this email in error, please immediately notify us by telephone (614-263-7000), or by electronic mail and promptly delete the original transmission.

On Mon, May 4, 2026 at 3:14 PM Ann Yackshaw <Ann.Yackshaw@ohioago.gov> wrote:

> Corey – Thanks for getting back to me. We intend to request a status conference with Judge Oliver. May I represent that you do not oppose the request for a status conference?
>
>
> Thanks,
>
> Ann
>
>
>
> Ann Yackshaw
> Assistant Section Chief, Constitutional Offices
>
> Office of Ohio Attorney General Dave Yost
> Office/Section Phone: 614-466-2872

1



Office/Section Fax: 614-728-7592
Direct: 614-644-0730

Ann.Yackshaw@Ohioago.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

**From:** Corey Colombo <ccolombo@electionlawgroup.com>
**Sent:** Monday, May 4, 2026 2:56 PM
**To:** Greg Rustico <Gregory.Rustico@OhioAGO.gov>
**Cc:** Ann Yackshaw <Ann.Yackshaw@OhioAGO.gov>; shauff@electionlawgroup.com; Stephen Tabatowski <Stephen.Tabatowski@OhioAGO.gov>
**Subject:** Re: Red Wine and Blue v. LaRose

Ann-

Thank you for reaching out about the Red Wine and Blue v. LaRose case.  We can agree to the briefing schedule that you proposed and would join you in filing a proposed order.  However, we can not agree to unilateral discovery at this stage of the proceedings.  There is a pending Motion to Dismiss and we do not believe discovery is necessary to respond to the arguments in the Motion for Preliminary Injunction.  At the appropriate time, the parties can engage in mutual discovery and we can further discuss an agreed upon schedule to  propose to the Court.  But it should not delay the pending Motion for Preliminary Injunction.  Thank you.

Corey

_____

J. COREY COLOMBO

ATTORNEY-AT-LAW
MCTIGUE & COLOMBO LLC
545 EAST TOWN STREET
COLUMBUS, OHIO 43215
TEL: (614) 263-7000, Ext. 112
CCOLOMBO@ELECTIONLAWGROUP.COM

Unless otherwise evident from the nature of the communication, the information contained in this email message is attorney-client privileged and/or confidential information intended for the use of the individual or entity to whom/which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. See 18 U.S.C. §§ 2510-2521, the Electronic Communications Privacy Act. If you have received this email in error, please immediately notify us by telephone (614-263-7000), or by electronic mail and promptly delete the original transmission.

On Fri, May 1, 2026 at 4:21 PM Greg Rustico <Gregory.Rustico@ohioago.gov> wrote:

Thanks, Corey.  We appreciate the message.

Have a great weekend!

Best,
Greg



Greg Rustico
Senior Assistant Attorney General – Constitutional Offices
Office of Ohio Attorney General Dave Yost
Office number: (614) 387-5661
Fax number: (877) 732-1142

gregory.rustico@ohioago.gov

Confidentiality Notice: This message is intended for use only by the individual or entity to whom or which it is addressed and may contain information that is privileged, confidential, and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone.

**From:** Corey Colombo <ccolombo@electionlawgroup.com>
**Sent:** Friday, May 1, 2026 3:55 PM
**To:** Ann Yackshaw <Ann.Yackshaw@OhioAGO.gov>
**Cc:** shauff@electionlawgroup.com; Greg Rustico <Gregory.Rustico@OhioAGO.gov>
**Subject:** Re: Red Wine and Blue v. LaRose

You don't often get email from ccolombo@electionlawgroup.com. Learn why this is important

Ann- I know you're out of the office today, but I just wanted to acknowledge receipt of your email. We are conferring internally and will get back to you on Monday about your proposal. Thanks, and have a nice weekend! Corey

J. COREY COLOMBO
ATTORNEY-AT-LAW
MCTIGUE & COLOMBO LLC
545 EAST TOWN STREET
COLUMBUS, OHIO 43215
TEL: (614) 263-7000, Ext. 112
CCOLOMBO@ELECTIONLAWGROUP.COM

Unless otherwise evident from the nature of the communication, the information contained in this email message is attorney-client privileged and/or confidential information intended for the use of the individual or entity to whom/which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. See 18 U.S.C. §§ 2510-2521, the Electronic Communications Privacy Act. If you have received this email in error, please immediately notify us by telephone (614-263-7000), or by electronic mail and promptly delete the original transmission.

On Thu, Apr 30, 2026 at 1:59 PM Ann Yackshaw <Ann.Yackshaw@ohioago.gov> wrote:

Corey and Stacy - Good afternoon. I'm reaching out about the preliminary injunction motion filed by Plaintiffs on Tuesday. I'd like to reach an agreement with you about a discovery and briefing schedule to submit to the Court.

We need some limited discovery from Plaintiffs to be able to respond to your PI motion. I think we can get all we need through a deposition of a designated representative from each organizational plaintiff. We can send notices and topics by next Tuesday and aim for depositions the week of May 11 or May 18 subject to the deponents' availability.

I suggest that we file our opposition May 29 and you file a reply June 12. We think that Judge Oliver can decide this on the papers without a hearing. This schedule leaves plenty of time for a decision before the registration deadline in October.

If those dates are agreeable to you, we can draft a proposed order for your review. We are also available to discuss these issues with the Court. I'm out of the office tomorrow and in a PI hearing on another matter on Monday, but can be available any time after that.

Thanks,

Ann

5