UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RED WINE & BLUE, *et al.*, | ) | Case No.: 1:25 CV 1760 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK LAROSE, in his official capacity | ) | |
| as Ohio Secretary of State, *et al.*, | ) | |
| | ) | |
| Defendants | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is Defendants Frank LaRose and Charles Norman's Motion to Stay Proceedings on Plaintiffs' Motion for Preliminary Injunction (ECF No. 32).

On August 22, 2025, Plaintiffs filed a three-count Complaint for Declaratory and Injunctive Relief (ECF No. 1) against Defendants Frank LaRose, in his official capacity as Ohio Secretary of State, and Charles L. Norman, in his official capacity as Ohio's Registrar of Motor Vehicles (collectively, "State Defendants"). Plaintiffs allege that the recently-enacted proof-of-citizenship requirement in Ohio House Bill 54 ("HB 54") imposes an unnecessary obstacle to register to vote at Ohio's Bureau of Motor Vehicles offices ("BMV") in violation of the National Voter Registration Act ("NVRA") (Counts I and II), and is impermissibly vague in violation of the First and Fourteenth Amendments (Count III). (*Id.* at ¶ 11.) On September 18, 2025, Defendants filed a Combined

Motion to Dismiss and Partial Motion for Judgment on the Pleadings (ECF No. 15) in which they principally argued that Plaintiffs lack associational and organizational standing to challenge HB 54.

While the Motion to Dismiss was pending, Plaintiffs filed a Motion for Preliminary Injunction (ECF No. 29) on April 28, 2026. Plaintiffs seek injunctive relief as to Count I only, and ask that the court preliminarily enjoin enforcement of the documentary proof-of-citizenship requirement of HB 54. (Prelim. Inj. Mot. at PageID 361.) In light of Plaintiffs' Motion for Preliminary Injunction, Defendants filed an unopposed Request for Status Conference on May 4, 2026 (ECF No. 30). Defendants represented that they had engaged with Plaintiffs' counsel in an attempt to "establish a schedule for Defendants' response, including a short discovery period[,]" but they were unable to agree. (Request at PageID 1078.) The court granted Defendant's Request on May 8, 2026, and instructed Defendants to file a position on the nature and extent of the discovery sought, to which Plaintiffs shall respond. (Order, ECF No. 31.) Defendants filed their position statement and instant Motion to Stay (ECF No. 32) on May 13, 2026, to which Plaintiffs responded on May 22, 2026 (ECF No. 33).

Upon review of the parties' position statements, and in recognition of the October 5, 2026, voter registration deadline for the 2026 general election, the court denies Defendants' request to stay preliminary injunction proceedings. Defendants shall file any opposition to the Preliminary Injunction Motion by June 4, 2026, and Plaintiffs shall file any Reply by June 11, 2026. The court will hear oral arguments on the Preliminary Injunction Motion, including those related to Plaintiffs' substantial likelihood of standing, on June 25, 2026, from 9:00 a.m. to 4:00 p.m. in Courtroom 19A. If necessary, the Hearing will continue on June 29, 2026, from 9:00 a.m. to 3:15 p.m.

Ahead of the Hearing, the parties shall confer regarding witnesses and exhibits and stipulate

to those being offered where possible. By June 19, 2026, the parties shall exchange exhibits with each other and provide copies to the court. Additionally, by June 19, 2026, the parties will notify each other and the court of the witnesses that they intend to call and the expected duration of testimony. If the court determines after the Hearing that limited discovery is necessary to rule on the Preliminary Injunction Motion, it will allow the parties to supplement their briefings.

In light of the aforementioned briefing and hearing schedule, the court cancels the June 2, 2026 Status Conference.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*　　　　
UNITED STATES DISTRICT JUDGE

May 27, 2026