**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RED WINE & BLUE, and OHIO ALLIANCE FOR RETIRED AMERICANS, | ) ) ) ) | |
| | ) | Case No.: 1:25-cv-01760 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Solomon Oliver, Jr. |
| | ) | |
| FRANK LAROSE, in his official capacity as Ohio Secretary of State, | ) ) | Mag. Judge James E. Grimes, Jr. |
| CHARLES L. NORMAN, in his official capacity as Ohio's Registrar of Motor Vehicles, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**MOTION OF THE AMERICA FIRST POLICY INSTITUTE FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION**

The America First Policy Institute ("AFPI") respectfully moves for leave to participate as an amicus curiae and to file the amicus brief attached to this motion in support of Defendants' opposition to Plaintiffs' preliminary injunction motion. Defendants consent to this motion. Plaintiffs take no position on the motion.

Courts have inherent authority and broad discretion in permitting participation by amicus curiae. *See, e.g.*, *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991). "[A] district court may grant leave under [its] inherent authority where the filing may provide a unique perspective that assists the district court in resolving the pending dispute." *League of Women Voters of Ohio v. LaRose*, 741 F. Supp. 3d 694, 725 (N.D. Ohio 2024). This Court recently granted motions for leave to file amicus briefs by the Honest Elections Project and the Republican National Committee. Order,

1

Doc. No. 42 at 1 ( June 5, 2026), PageID No. 1476. The Court reasoned that the motions for leave were "timely and do not upset the court's schedule regarding its consideration of Plaintiffs' Preliminary Injunction Motion," as the motions were filed "before the parties' briefing schedule concluded." *Id.* at 3, PageID No. 1478. Moreover, the Court found that "the proposed briefs are not so voluminous as to bog down the record …." *Id.* Finally, the Court determined that "the proposed amici address arguments different from those raised in Defendants' Opposition Brief and Plaintiffs' Motion." *Id.*

AFPI meets all of these factors, as well. AFPI is filing this motion for leave and proposed amicus brief by the June 11 conclusion of the parties' expedited briefing on the preliminary injunction motion. Moreover, AFPI's brief is concise—only nine pages. And AFPI addresses arguments distinct from the arguments Defendants and Plaintiffs focus on. For example, while Defendants focus on Plaintiffs' lack of standing and the fact that H.B. 54 does not violate the NVRA, AFPI's amicus brief explains how the presumption-and-rebuttal test in *Fish v. Kobach*, 840 F.3d 710 (10th Cir. 2016), creates a perverse incentive, particularly in light of the current scale of the noncitizen-eligibility problem.

The focus of AFPI's amicus brief fits with AFPI's interests and "unique perspective," which will "assist[] the district court in resolving the pending dispute." *League of Women Voters of Ohio*, 741 F. Supp. 3d at 725. As part of its mission, AFPI houses the Center for Election Integrity, which participates in a national effort to conduct research, educate stakeholders, and develop policies that help make it easy to vote, but hard to cheat. Thus, AFPI works with state partners to highlight measures and best practices that ensure free and fair elections throughout the United States and promote confidence in United States representative democracy. As a non-partisan, non-profit organization that has conducted significant research on election integrity and citizenship issues across the nation, AFPI is in a unique position to provide the Court with perspectives not available from the parties.

For these reasons, AFPI respectfully requests that the Court grant it leave to participate as an amicus curiae in this case and to file the amicus brief attached to this motion.

Dated: June 11, 2026

Respectfully submitted,

s/ *Andrew D. McCartney*
Andrew D. McCartney (0099853)*
**Counsel of Record*
ASHBROOK BYRNE KRESGE FLOWERS LLC
PO Box 8248
Cincinnati, OH 45249
Tel: (202) 808-5168
Fax: (513) 216-9882
admccartney@abkf.com

Isaac A. Loring (pro hac vice motion
pending)
AMERICA FIRST POLICY INSTITUTE
Center For Litigation
1455 Pennsylvania Avenue NW, Suite 225
Washington, D.C. 20004
Tel: (571) 267-9672
iloring@americafirstpolicy.com

*Counsel for Proposed Amicus Curiae the
America First Policy Institute*

**CERTIFICATE OF CONFERRAL**

Counsel for AFPI certifies that on June 1, 2026, counsel for AFPI conferred with counsel for Plaintiffs and counsel for Defendants concerning this Motion for Leave to File. Counsel for Plaintiffs represents that Plaintiffs take no position on the motion. Counsel for Defendants represents that Defendants consent to the motion.

s/ *Isaac A. Loring*
Isaac A. Loring (pro hac vice motion pending)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system. In addition, a copy of the foregoing is being emailed to all counsel of record.

s/ *Andrew D. McCartney*
Andrew D. McCartney (0099853)