# Exhibit 20

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

RED WINE & BLUE, and OHIO ALLIANCE
FOR RETIRED AMERICANS,

          Plaintiffs,

    v.

FRANK LAROSE, in his official capacity as
Ohio Secretary of State, CHARLES L.
NORMAN, in his official capacity as Ohio's
Registrar of Motor Vehicles,

          Defendants.

Case No.: 1:25-cv-01760

Judge Solomon Oliver, Jr.

Mag. Judge James E. Grimes, Jr.

**DECLARATION OF PEGGY DUTCHER**

I, Peggy Dutcher, declare as follows:

1.      I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.      My name is Margaret Dutcher but I go by Peggy. I am a retired elementary school teacher, having taught school for 38 years.

3.      I am a member of the Ohio chapter of Red Wine & Blue, one of the Plaintiffs in this case.

4.      I recently moved to Union County, Ohio. I arrived in August 2025 and still reside there. Prior to arriving in Ohio, I lived in California. I had never lived in Ohio prior to August 2025.

5.      When I moved to Ohio, I needed to obtain (for the first time) an Ohio driver's license. I also needed to register to vote in Ohio.

6.      Therefore, shortly after I moved to Ohio, I planned to go to the Bureau of Motor Vehicles ("BMV"), where I intended to register to vote and to obtain my Ohio driver's license.

1

7.      At the time the complaint was filed in this case (August 22, 2025), I did not know where my birth certificate was. And, in any event, my birth certificate does not match my current name, which I changed when I got married. I possessed (and still possess) a passport that reflects my current name.

8.      In September 2025, my husband and I went to the BMV to attempt to obtain an Ohio driver's license and to register to vote. During this first trip to the BMV, I was unable to obtain a driver's license and was not allowed to register to vote. Details of my experience are discussed below.

9.      My husband and I arrived together at the BMV. He checked in using his name at an electronic kiosk; I did not register my name at that time. When my husband's name was called to speak with a BMV employee, the two of us went up together and we spoke with the BMV employee about obtaining our driver's licenses and registering to vote.

10.      Prior to going to the BMV, my husband looked up the documents that he believed were required to obtain a driver's license. We gathered what we thought were all the documents that we would need and brought them with us to the BMV. To the best of my recollection, I brought: my passport, my California driver's license (which was a Real ID), two utility bills, and (as discussed below) a social security card that reflected my prior name. However, the BMV employee we spoke with informed us that the documents we brought were not sufficient to obtain a driver's license.

11.      Specifically, my husband did not bring his social security card with him and was not allowed to obtain a driver's license on that basis. Upon hearing that a social security card was necessary, I looked through my belongings and discovered that I had a social security card with me. However, the social security card I had with me did not reflect my current name. I also had

2

my passport with me (which did reflect my current name), but because my social security card did not reflect my current name, the BMV employee informed me that I was not allowed to obtain a driver's license.

12.     At first, the BMV employee told me that I would need to bring all my name change documents before I would be allowed to obtain a driver's license. According to him, these would include: my marriage license for my first marriage, my divorce decree from my first marriage, and my marriage license for my second marriage. I do not currently know where some of those documents are.

13.     We told the BMV employee that we believed I should not need to bring my name-change documents because I possessed a passport with my current name. At first, he disagreed with us and insisted that I bring all my name-change documents. However, he later relented and agreed that I did not need to bring name-change documents because I had a passport reflecting my current name.

14.     Nonetheless, the BMV employee did not allow me to obtain a driver's license for two reasons. First, as mentioned above, the BMV employee would not allow me to obtain a driver's license because the social security card I had with me at the time did not reflect my current name. The BMV employee told me that I would need to separately make an appointment at a Social Security office to obtain a new social security card with my new name on it. Only after I returned with an acceptable social security card could I continue the process. Second, the BMV employee stated that I had not brought sufficient documents to demonstrate my residence in Ohio.

15.     During this initial visit to the BMV, I specifically told the BMV employee that I wanted to be able to vote by the next election and that I was worried that I would not have time to register beforehand. The BMV employee told me that when I returned with all documents

3

necessary to obtain an Ohio driver's license, he would submit my voter registration information at that time. He was clear that he would not register me to vote until I brought all documents necessary to obtain an Ohio driver's license. The BMV employee did not mention any other means by which I could register to vote, and I left with the impression that I would not be able to register to vote in Ohio by any means until I was able to obtain an Ohio driver's license.

16. We spent approximately 45 minutes to one hour at the BMV during this initial visit.

17. Sometime after this visit, I discovered at home that I had an additional social security card that reflects my current name. I had forgotten that I previously had updated my social security card, so this meant that I did not need to schedule a visit with the Social Security office to obtain a new card.

18. My husband and I later returned to the BMV to again attempt to obtain a driver's license and to register to vote. I believe this trip occurred in late September 2025. This time, I brought my social security card with my correct name, additional documents with my name and Ohio address on them, and my passport. During this trip, both my husband and I successfully registered to vote.

19. I strongly believe that Ohio should not require citizens to produce a passport or other document to prove their citizenship before they are allowed to register to vote—which I believe creates unnecessary obstacles to voting. But I registered at the time I did because it was so important to me to vote in 2025; I did not want to allow such a law to prevent me from registering to vote and ultimately making my voice heard at the ballot box.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 10, 2026

Peggy Dutcher
Peggy Dutcher

4