# Exhibit 21

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| RED WINE & BLUE, and OHIO ALLIANCE FOR RETIRED AMERICANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>FRANK LAROSE, in his official capacity as Ohio Secretary of State, CHARLES L. NORMAN, in his official capacity as Ohio's Registrar of Motor Vehicles,<br><br>    Defendants. | Case No.: 1:25-cv-01760<br><br>Judge Solomon Oliver, Jr.<br><br>Mag. Judge James E. Grimes, Jr. |

**DECLARATION OF GIANINA FAZIO**

I, Gianina Fazio, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. Previously, my legal name was Gianina Borgerson. In late 2025, I changed my last name to Fazio. I previously was an elementary school teacher.

3. I am a member of the Ohio chapter of Red Wine & Blue, one of the Plaintiffs in this case.

4. I grew up in and lived most of my life in Ohio. I received my first Ohio driver's license in 1987. Between 1987 and 2021 I lived in several places, all of which were in Ohio. During that time, I updated my driver's license as necessary, and to the best of my knowledge it never expired. In 2021, I moved to Texas, where I obtained a Texas driver's license. I then returned to Ohio in 2025, where I now live in Cuyahoga County.

5. In approximately August 2025, shortly after I moved back to Ohio, I filled out a voter registration form at a farmer's market and successfully registered to vote in Ohio under my

1

former name (Gianina Borgerson). I was not required to submit documentary proof of citizenship to register to vote.

6.      After I changed my name to Gianina Fazio in late 2025, I needed to update both my driver's license and my voter registration to reflect my new name. I attempted to accomplish these tasks at the Bureau of Motor Vehicles ("BMV"). That proved to be a frustrating and time-consuming process.

7.      When I first went to the BMV, I believed that I had all documents necessary to obtain a driver's license. However, during that first trip, I was told that I would not be able to obtain a driver's license for lack of documents. Specifically, I had not been able to locate my birth certificate (perhaps it was lost during my move to or from Texas) and I needed to update my social security card. Because I did not have those documents, I was not allowed to obtain a driver's license and was not able to register to vote as part of that process.

8.      I spent at least an hour at the BMV during this first trip.

9.      After leaving the BMV, I began the process of requesting the documents I was told were necessary. I first obtained a birth certificate. After I received that, I went to the Social Security office where I used the birth certificate as part of my application for a social security card with my corrected name.

10.      After receiving both of those documents (a process that took several weeks), I returned to the BMV and was able to obtain my driver's license. To the best of my recollection, I also updated my voter registration during that process. Had I initially gone to the BMV shortly before the voter registration deadline, I would not have had time to gather the documents necessary to successfully apply for a driver's license before that deadline.

11.      I estimate that I was at the BMV for more than two hours during this second trip.

12.     I estimate that it took me a total of fifteen or more hours to ultimately obtain my driver's license at the BMV. That includes time I spent on the phone, looking up information online, driving to and from the BMV, applying for my updated birth certificate and social security card, and sitting and waiting at the BMV.

13.     I strongly believe that Ohio should not require citizens to produce a passport, birth certificate, or other document to prove citizenship before being allowed to register to vote. I believe this creates unnecessary obstacles to voting. Registering to vote at the BMV should be simpler than my experience was. It is very important to me that I be able to vote, and I therefore would not allow a law requiring me to produce proof of citizenship to prevent me from registering to vote and voting.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: _6 - 11 - 26_


Gianina Fazio

3