HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General

WILLIAM MORHMAN
Senior Counsel

ANDREW BRANIFF
Acting Chief, Appellate Section

ERIC V. NEFF
Acting Chief, Voting Section

JONATHON P. HAUENSCHILD
JAMES H. CUMMING
Trial Attorneys
Civil Rights Division
United States Department of Justice
4 Constitution Square
150 M St. NE, 8th Fl.
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov
James.Cumming@usdoj.gov
202-215-2110

DAVID M. TOEPFER
United States Attorney
Northern District of Ohio

PATRICIA M. FITZGERALD
Assistant United States Attorney
United States Courthouse
801 West Superior Ave., Suite 400
Cleveland, OH 44113
(216) 622-3779
(216) 522-2404 (facsimile)
Patricia.Fitzgerald2@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RED WINE & BLUE, *et al*, | } | Civil Case No. 1:25-cv-01760 |
| Plaintiffs, | } | |
| | } | |
| v. | } | UNITED STATES' UNOPPOSED |
| | } | MOTION FOR LEAVE TO FILE A |
| FRANK LAROSE, *et al.*, | } | STATEMENT OF INTEREST |
| | } | |
| Defendants. | } | |

1

**MOTION FOR LEAVE TO FILE STATEMENT OF INTEREST**

Pursuant to Civil Local Rule 7.1 and 28 U.S.C. § 517, the United States hereby moves this Court for leave to file the attached Statement of Interest in the above-captioned case. The Memorandum in Support of this Motion is also filed herewith.

Counsel for the Government has conferred with counsel for Plaintiff and Defendants regarding this Motion. Counsels for both Defendants Secretary of State Frank LaRose and Registrar Charles L. Norman and counsel for Plaintiffs have indicated that they take no position.

In addition to the Proposed Statement of Interest, the United States, should this Court desire, will make itself available to "attend to the interests of the United States" related to any of the issues raised in the brief. *See* 28 U.S.C. § 517.

[Signatures next page]

Date: June 11, 2026

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney
Northern District of Ohio


By: */s/ Patricia M. Fitzgerald*
    PATRICIA M. FITZGERALD
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3779
    (216) 522-2404 (facsimile)
    Patricia.Fitzgerald2@usdoj.gov

HARMEET K. DHILLON
Assistant Attorney General

JESUS A. OSETE
Principal Deputy Assistant Attorney General

WILLIAM MOHRMAN
Senior Counsel

ANDREW BRANIFF
Acting Chief, Appellate Section

ERIC V. NEFF
Acting Chief, Voting Section

*/s/ Jonathon P. Hauenschild*
JONATHON P. HAUENSCHILD
JAMES H. CUMMING
Trial Attorneys
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M St. NE, 8th Floor
Washington, D.C. 20002
Telephone: 202-215-2110
Jonathon.Hauenschild@usdoj.gov
James.Cumming@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 11, 2026, a true and correct copy of the foregoing document, along with all attachments, was served via the Court's ECF system to all counsels of record.


*/s/ Jonathon P. Hauenschild*

Jonathon P. Hauenschild