**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| RED WINE & BLUE, *et al*, | } | |
| | } | Civil Case No. 1:25-cv-01760 |
| Plaintiffs, | } | |
| | } | |
| v. | } | [PROPOSED] ORDER GRANTING |
| | } | UNITED STATES' MOTION FOR LEAVE |
| FRANK LAROSE, *et al.*, | } | TO FILE A STATEMENT OF INTEREST |
| | } | |
| Defendants. | } | |

Upon motion of the United States, there being no opposition from Defendants, and good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion for Leave to File a Statement of Interest is GRANTED. The Clerk is directed to file the Proposed Statement of Interest filed as Exhibit 1 to the Motion on the docket.

IT IS SO ORDERED

DATED this ___ day of June, 2026.

_____

Solomon Oliver, Jr.
United States District Judge