**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| RED WINE & BLUE, and OHIO ALLIANCE FOR RETIRED AMERICANS, <br><br> Plaintiffs, <br><br> v. <br><br> FRANK LAROSE, in his official capacity as Ohio Secretary of State, CHARLES L. NORMAN, in his official capacity as Ohio's Registrar of Motor Vehicles, <br><br> Defendants. | Case No.: 1:25-cv-01760 <br><br> Judge Solomon Oliver, Jr. <br><br> Mag. Judge James E. Grimes, Jr. |

**JOINT NOTICE REGARDING HEARING ON
MOTION FOR PRELIMINARY INJUNCTION**

On May 27, 2026, the Court issued an order setting a June 25, 2026 hearing on the motion for a preliminary injunction, to be continued (if necessary) on June 29, 2026. ECF No. 34, at PageID 1112. In that order, the Court ordered the parties to "confer regarding witnesses and exhibits and stipulate to those being offered where possible." *Id.* at PageID 1112-13. The Court further ordered that, by June 19, 2026, "the parties shall exchange exhibits with each other and provide copies to the court," and that the parties shall "notify each other and the court of the witnesses that they intend to call and the expected duration of testimony." *Id.* at PageID 1113. Pursuant to that order, the parties respectfully inform the Court as follows:

1.     The parties have stipulated that, for purposes of the pending motion for preliminary injunction, the Court may consider the exhibits attached to the parties' briefing related to that motion, as well as any other exhibits already in the record. Although Defendants stipulate to the

1

authenticity of ECF Nos. 49-1 to 49-2 and to their inclusion in the exhibit list, Defendants reserve their right to object at the hearing to these exhibits because they were offered for the first time in Plaintiffs' reply.

2.       In light of Defendants reserving the right to object at the hearing to Plaintiffs' Exhibits 20 and 21, which are declarations submitted by Peggy Dutcher and Gianina Fazio, Plaintiffs reserve the right to call Ms. Dutcher and Ms. Fazio to testify at the hearing. Plaintiffs do not anticipate calling these witnesses unless the State makes, and the Court sustains, such objection. If called to testify, Plaintiffs expect that the duration of the witnesses' direct examination testimony would not exceed one hour in total. The parties will not offer other live testimony at the hearing. In addition, the parties will offer oral argument and, except for the potential testimony of Ms. Dutcher and Ms. Fazio, will otherwise rest on the parties' briefing and exhibits, including previously submitted declaration testimony. Plaintiffs are confirming the witnesses' specific availability for June 25.

3.       Plaintiffs have prepared courtesy copies of the parties' exhibits that were attached to the parties' preliminary injunction briefing and will mail them to the Court today via overnight delivery. Because the exhibits have already been denoted as either Plaintiffs' exhibits or Defendants' exhibits and filed on the docket, the parties have maintained those designations. Some of the exhibits are relatively voluminous, and the offering parties believe that only portions of those exhibits are likely to be relevant to the Court's consideration. Consequently, for the Court's convenience, copies of those exhibits (Pls.' Exs. 4, 5, and 15, and Defs.' Ex. A-5) have been provided in excerpted form. The parties agree that the Court may consider other portions of those exhibits as part of the preliminary injunction record, which have been filed in full on the docket,

2

should the Court wish to do so. If the Court prefers that the parties provide full courtesy copies of those exhibits, the parties will promptly send them to the Court.

By: /s/ Stacey N. Hauff
J. Corey Colombo (0072398)
Stacey N. Hauff (0097752)
MCTIGUE & COLOMBO, LLC
545 East Town Street
Columbus, OH 43215
Tel: (614) 263-7000
shauff@electionlawgroup.com

Ben Stafford*
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Tel: (206) 656-0176
bstafford@elias.law

Joshua Abbuhl*
Qizhou Ge*
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
Tel: (202) 968-4652
jabbuhl@elias.law
age@elias.law

*Attorneys for Plaintiffs*
*\* Admitted pro hac vice*


/s/ Ann Yackshaw
ANN YACKSHAW (0090623)*
*Counsel of Record
JULIE M. PFEIFFER (0069792)*
STEPHEN P. TABATOWSKI (0099175)
GREGORY A. RUSTICO (0104103)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Ann.Yackshaw@OhioAGO.gov
Julie.Pfeiffer@OhioAGO.gov

3

Stephen.Tabatowski@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, the foregoing was filed electronically with the Clerk of the Court using the Court's electronic case filing system, which will serve such filing on all counsel of record.

/s/ *Stacey N. Hauff*
Stacey N. Hauff
