UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RED WINE & BLUE, *et al.*, | ) | Case No.: 1:25 CV 1760 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK LAROSE, in his official capacity as Ohio Secretary of State, *et al.*, | ) | |
| | ) | |
| Defendants | ) | ORDER |

On August 25, 2026, the court issued an Order granting Plaintiffs Red Wine & Blue and Ohio Alliance for Retired Americans' Preliminary Injunction Motion (ECF No. 57) and enjoining enforcement of Ohio Revised Code § 3503.11(A)(1), as amended by House Bill 54. Shortly thereafter, Defendants Frank LaRose, in his official capacity as Ohio Secretary of State, and Charles L. Norman, in his official capacity as Ohio's Registrar of Motor Vehicles, filed a Motion for Stay Pending Appeal (ECF No. 59) on August 26, 2026. The court denied Defendants' Motion to Stay on September 9, 2026, and directed Defendants to comply with the Preliminary Injunction Order forthwith.

With Ohio's voter registration deadline for the 2026 General Election quickly approaching, the court hereby orders Defendants to file a Status Report with the court by September 23, 2026, updating the court as to their compliance with the Injunction Order.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 21, 2026