**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RED WINE & BLUE, and OHIO ALLIANCE FOR RETIRED AMERICANS,** | : | |
| **Plaintiffs,** | : | **Case No. 1:25-cv-01760** |
| **v.** | : | **Judge Solomon Oliver, Jr.** |
| **FRANK LAROSE, in his official capacity as Ohio Secretary of State; and CHARLES L. NORMAN, in his official capacity as Ohio's Registrar of Motor Vehicles,** | : | **Mag. Judge James E. Grimes, Jr.** |
| **Defendants.** | : | |

**STATUS REPORT**

Pursuant to this Court's order, *see* Doc. No. 64, Defendants Frank LaRose and Charles Norman hereby provide the declaration of Sydney King. *See* Declaration of Sydney King, attached hereto as Exhibit A. Ms. King's declaration explains Defendants' efforts to comply with the preliminary injunction.

Respectfully submitted,

D. ANDREW WILSON
Ohio Attorney General

*/s/ Ann Yackshaw*

ANN YACKSHAW (0090623)*
**Counsel of Record*
JULIE M. PFEIFFER (0069792)*
STEPHEN P. TABATOWSKI (0099175)
GREGORY A. RUSTICO (0104103)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor

Columbus, Ohio 43215
Tel: 614-466-2872 | Fax: 614-728-7592
Ann.Yackshaw@OhioAGO.gov
Julie.Pfeiffer@OhioAGO.gov
Stephen.Tabatowski@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/Ann Yackshaw*
ANN YACKSHAW (0090623)
Assistant Attorney General