# Exhibit A
# Declaration of Sydney King

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RED WINE & BLUE, and OHIO ALLIANCE FOR RETIRED AMERICANS,** | : | |
| **Plaintiffs,** | : | **Case No. 1:25-cv-01760** |
| **v.** | : | **Judge Solomon Oliver, Jr.** |
| | : | **Mag. Judge James E. Grimes, Jr.** |
| **FRANK LAROSE, in his official capacity as Ohio Secretary of State; and CHARLES L. NORMAN, in his official capacity as Ohio's Registrar of Motor Vehicles,** | : | |
| **Defendants.** | : | |

---

**DECLARATION OF SYDNEY KING**

---

I, Sydney King, hereby state that I am over the age of eighteen years and am competent to testify to the following on the basis of personal, firsthand knowledge.

1. I currently serve as the Chief Policy Advisor in the Bureau of Motor Vehicles. I have been in this position since July of 2022. As the Chief Policy Advisor, I am responsible for managing major BMV initiatives, which includes organizing legislative and operational priorities, engaging with all BMV sections to address policy and statutory questions, connecting with external stakeholders to communicate BMV positions, and developing policy recommendations and directions for key issues.

2. Through my position as Chief Policy Advisor, I am familiar with the equipment, computers, and systems used by the BMV and the deputy registrars appointed by the Registrar of Motor Vehicles. Through my position, I am also familiar with the litigation *Red Wine & Blue v. LaRose*, No. 1:25-cv-1760 (N.D. Ohio), as well as the preliminary injunction issued therein on August 25, 2026.

3. The BMV acted expeditiously to comply with the preliminary injunction in this case. On September 3, 2026, the BMV issued formal instructions to all deputy registrars' offices in the State. The BMV described the provisions of the preliminary injunction and instructed deputy registrars' offices to *immediately* do the following:

   a. Post informational signage about the preliminary injunction in a conspicuous location that is clearly visible to members of the public
   b. Pre-print voter registration forms and place them in a location accessible to the general public.

c. Inform customers who are unable to complete transactions for driver's licenses or state identification cards that U.S. citizens are eligible to register to vote.

d. Direct customers who are unable to complete transactions for a driver's license or state identification cards to the pre-printed voter registration forms available in the deputy registrars' offices.

e. Collect any voter registration form completed by a customer who is unable to complete a transaction for driver's license or state identification card.

f. Forward any completed voter registration form to the county board of elections on the applicant's behalf.

4. A true and accurate copy of the instructions issued to all deputy registrars' offices in the State on September 3, 2026, is attached hereto as Exhibit A.

5. A true and accurate copy of the informational signage that each deputy registrar's office must post is attached hereto as Exhibit B.

I declare under the penalty of perjury that the foregoing is true and correct.

Sydney King

9/22/26

DATE

# Exhibit A
# Voter Registration Instructions

TO: ALL DEPUTY REGISTRARS

FROM: FIELD OPERATIONS, OHIO BUREAU OF MOTOR VEHICLES

DATE: 09/02/2026

SEQUENCE:

**1) VOTER REGISTRATION PROCESS UPDATE**

On August 25, 2026 the United States District Court for the Northern District of Ohio issued a Preliminary Injunction which requires the Ohio BMV to offer the opportunity to complete a voter registration application to all individuals who attempt to obtain a BMV Driver License or State Identification card, regardless of whether the applicant provides sufficient documentation to establish their legal eligibility for that credential or completes the application process.

In order to comply with that Court order, Deputy Registrars must immediately take the following actions:

1) Post the attached informational signage that accompanies this broadcast inside the Deputy Registrar License Agency. Please post the sign in a conspicuous location that is clearly visible to members of the public.
2) Pre-print 25 blank copies of BMV SEC40, the Voter Registration and Information Form, and place them in your documents rack or another location accessible to the general public. The agency is required to maintain an adequate supply of pre-printed forms until further notice from the BMV.
3) In the event a DL-ID transaction is terminated prior to successful completion for any reason (lack of proper documentation, unsuccessful SAVE/SSOLV verification, etc.), please remind customers that U.S. citizens are eligible to register to vote and direct the customer to the signage and the availability of a blank voter registration form.
4) If a customer identifies as a permanent resident (non-US citizen), or temporary resident (non-U.S. citizen), then the Deputy Registers shall not offer the ineligible applicant the opportunity to register to vote.
5) If a customer fills out a Voter Registration form (BMV SEC40) as a result of an “incomplete DL-ID transaction”, Deputy Registrars must mark the Voter Registration Transmittal form at the top with the term “incomplete DL-ID

transaction" and make a copy of the form to keep with required daily paperwork.

This guidance does not extend to or alter the identity standards required for a complete DL-ID transaction. Please reference all manual requirements and BASS protocols and prompts when completing the DL-ID transaction. Furthermore, all deputy registrars are required to continue following the manual requirements for handling, offering, and processing voter registration forms as outlined in the "Agency Information" manual as well as established processes for submission of physical forms to the local Board of Elections.

Eligible customers that complete their DL-ID transaction and want to register to vote or update their voter registration information will have their information transmitted to the Ohio Secretary of State's Office electronically as usual.

# Exhibit B
# Voter Registration Signage

# ATTENTION

On August 25, 2026, the United States District Court for the Northern District of Ohio issued a Preliminary Injunction. It requires the Ohio BMV to offer the opportunity to complete a voter registration application to all individuals who attempt to obtain a BMV Driver License or State Identification card, regardless of whether the applicant provides sufficient documentation to establish their legal eligibility for that credential or completes the application process.

Any individual seeking the opportunity to register to vote can request a voter registration form from any Deputy Registrar License Agency employee, regardless of whether they have attempted to or have successfully completed a BMV application. The BMV will forward the completed voter registration form to the County Board of Elections on the applicant's behalf.

Individuals can also register to vote online through the Ohio Secretary of State's website at https://olvr.ohiosos.gov/ or through the QR code below:

As a reminder, only U.S. citizens are eligible to register to vote and illegally registering to vote is a felony of the fifth degree and is subject to prosecution under Ohio Revised Code 3599.11.