UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RED WINE & BLUE, *et al.*, | ) | Case No.: 1:25 CV 1760 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK LAROSE, in his official capacity as Ohio Secretary of State, *et al.*, | ) | |
| | ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

On October 15, 2026, at 11:00 a.m., the court held a telephonic status conference on the record with counsel for the parties in the above-captioned case to discuss how the case should proceed while the Injunction Order (ECF No. 57) is on appeal. Plaintiffs made an oral motion to stay the district court's proceedings until the Sixth Circuit rules on the Injunction Order. Defendants agreed. Therefore, the court grants Plaintiff's motion and stays the proceedings in this court pending the Sixth Circuit's ruling on the Injunction Order. Either Plaintiffs or Defendants shall notify the court when a hearing date is set in the appeal.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 16, 2026